**JS-6**

# United States District Court
# Central District of California

PATRICIA LEE,

    Plaintiff,

v.

ECCLESIA, LLC ET AL.

    Defendants.

Case No. 2:19-cv-01691-ODW (JPRx)

**JUDGMENT**

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, and the Court's Order Granting Defendant Ecclesia, LLC's Motion for Judgment on the Pleadings, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendants;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

March 20, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**